NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000442**
**09-MAY-2018**
**10:51 AM**

NO. CAAP-17-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SCARLETT A. TAYLOR and CHANEL E. TAYLOR,
Plaintiffs-Appellants,
v.
ELISA M. OMEECHEVARRIA, Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10 and ENTITIES 1-10,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3006)


ORDER DENYING MAY 4, 2018 "MOTION
OBJECTION TO COURT'S FILED APRIL 25, 2018"
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon review of (1) the March 8, 2018 order dismissing this appeal for lack of appellate jurisdiction, (2) the March 28, 2018 order denying Plaintiffs-Appellants Scarlett A. Taylor and Chanel E. Taylor's (the Taylors) March 22, 2018 motion for reconsideration of the March 8, 2018 order of dismissal pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), (3) the April 25, 2018 order denying the Taylors' April 18, 2018 "MOTION OBJECTION DENYING ORDER FILED MARCH 28, 2018 THAT PLAINTIFFS RECEIVED ON APRIL 10,2018," which we deemed to be a second and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal, (4) the Taylors' most

recent May 4, 2018 "MOTION OBJECTION TO COURT'S FILED APRIL 25, 2018," which we deem to be a third and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal and (5) the record, it appears that, although the title of the Taylors' May 4, 2018 motion refers to the April 25, 2018 order, the Taylors actually seek, for the third time, to invoke HRAP Rule 40 for reconsideration of the March 8, 2018 dismissal order that terminated this appeal two months ago.  HRAP Rule 40 does not authorize multiple motions for reconsideration of an order of dismissal.

Therefore, the Taylors' May 4, 2018 HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal is denied.

DATED: Honolulu, Hawai'i, **May 9, 2018.**

Chief Judge

Associate Judge

Associate Judge

2